Law Offices of

Linda M. Wagoner

155 S. Public Square
Angola, IN 46703
260-624-3343
Fax 260-624-3373

June 14, 2013

David Barouch No. 41301
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159

Dear David:

Enclosed please find the email that was received from the ATF along with instructions on how to submit a FOIA request. I have also enclosed a copy of the DOJ Form 361 which needs to be submitted along with the request.

Sincerely,

*Linda M. Wagoner*
Linda M. Wagoner

LMW:elw

Enclosures

## RE: Request for Information

Thursday, June 13, 2013 5:30:09 PM

From: Franceska.D.Perot@usdoj.gov
To: etom@mchsi.com

This was a case out of the Dallas Division and not the Houston Division, regardless, if you are attempting to obtain documents you will need to request a FOIA through the ATF website at:

http://www.atf.gov/content/contact-us/FOIA



How to Request ATF Records | ATF                                                    Page 1 of 1
Case 1:14-cv-00552-ABJ   Document 1-1   Filed 04/01/14   Page 3 of 18
EXHIBIT A2

# How to Request ATF Records

ATF records can be requested through both the Freedom of Information Act (FOIA) and the Privacy Act Please read this page carefully to ensure you are making the correct request

## Freedom of Information Act (FOIA) Request

The Freedom of Information Act allows any person to request information about organizations, businesses, investigations, historical events, incidents, groups, or deceased persons

**Instructions for submitting a FOIA request:**

- Provide a detailed description of the records you are requesting – provide a date or date range for your request, and/or indicate the ATF System of Records where you believe the records would reside
- If your request is for information about a deceased individual, you must provide proof of death. Acceptable forms of proof of death include obituaries, death certificates and other recognized sources that can be documented, i e. printed media or Social Security Death Index page
- If you are requesting information on yourself or a third party, complete the DOJ Form 361 – Certification of Identity and include the form with your request.
- Identify the Category of Request into which your request falls, and agree to pay the fees associated with that category. You may provide a limit as to how much you are willing to spend on the processing of your request
- For information on requesting a waiver of fees or an expedited request refer to the Department of Justice FOIA Reference Guide
- You may mail, fax or email your request to.

   *Bureau of Alcohol, Tobacco, Firearms and Explosives*
   *ATTN: Disclosure Division, Room 1E400*
   *99 New York Avenue, NE*
   *Washington, DC 20226*
   *Fax: (202) 648-9619*
   *Email: foiamail@atf gov*

## Privacy Act Request

The Privacy Act allows U S citizens and lawfully admitted aliens to request information on themselves or another living person

**If you are requesting information about yourself, you may submit a request using one of the following options:**

- **Option 1:** DOJ Form 361 – Certification of Identity. You may wish to submit an attachment providing additional information that will aid in locating responsive records
- **Option 2:** Following the instructions in DOJ Form 361 – Certification of Identity, submit a letter to ATF, sign your request, and have it notarized or state, "Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S C ), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U S C , Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000 "
- Mail, fax, or e-mail this letter to the following

   *Bureau of Alcohol, Tobacco, Firearms and Explosives*
   *ATTN: Disclosure Division, Room 1E400*
   *99 New York Avenue, NE*
   *Washington, DC 20226*
   *Fax: (202) 648-9619*
   *Email: foiamail@atf gov*

## Additional Resources:

U S Department of Justice FOIA website
U S Department of Justice Privacy and Civil Liberties website
A Citizen's Guide on Using the Freedom of Information Act and the Privacy Act of 1974 to Request Government Records
Your Right to Federal Records Questions and Answers on the Freedom of Information Act and Privacy Act

U.S Department of Justice  **Certification of Identity**  

FORM APPROVED OMB NO 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____

Citizenship Status [2] _____ Social Security Number [3] _____

Current Address _____

Date of Birth _____ Place of Birth _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____ Date _____

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name**

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

7005 1160 0002 6137 6922

U.S. Department of Justice                **Certification of Identity**      

---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  David Jack Barouch

Citizenship Status [2]  Citizen of US        Social Security Number [3]  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

Current Address  Reg. No. 41301-177, Federal Correction Institution
P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth  Febuary 3, 1959        Place of Birth  Los Angeles, Califiornia

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] *David Jack Barouch*        Date  September 3, 2013

---

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name**

---

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

---

FORM APPROVED OMB NO. 1103-0016                                    FORM DOJ-361
EXPIRES 4/31/07                                                          SEPT 04

(Date) September 3, 2013

(Agency) Chief of Disclosure Division
(Address) Bureau of Alcohol, Tobacco, Firearms and Explosives
Department of Justice
Suite 1E 400, 99 New York Ave., N.E.
Washington, DC 20226

FREEDOM OF INFORMATION REQUEST

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, and Privacy Act of 1974, 5 U.S.C. §552(a), I am requesting access to all records in agency files, including but not limited to:
Refer to Attachment 1

I am requesting this information as an incarcerated federal prisoner who is engaging in post-conviction litigation.

As you know, the Act permits you to waive fees when the release of the information is considered as "primarily benefiting the public." Access to the courts, parole boards, and other forums, as of right, fits that category and I therefore ask that you waive any fees.

If all or any part of this request is denied, please cite the specific exemption(s) which you think justifies your refusal to release the information, and inform me of the appellate procedures available to me.

I would appreciate your handling of this request as quickly as possible, and I look forward to hearing from you within 10 days, as the law stipulates.

(Signature)

David Barouch
(Printed Name)
Register Number 41301-177
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX  75159-9000

\*\*\* FORM DOJ-361 attached hereto.

Attachment 1

1) A micro cassette tape recording taken at the Fort Worth Jail Unit in September or October of 2010, in which David Barouch was recorded talking with ATF Agent Riddle and Attorney Franklyn "Mic" Mickelsen on the subject of the Government's promise of 5K1 treatment in this case in exchange for a signed written confession by murderer Eddie Sutton and Barouch provided a map of the burial location and location of the murder weapon. Mr. Barouch was informed that he would be recorded and he viewed the operation of this tape recording.

2) A recording taken at the Fort Worth Jail Unit in October or November of 2010 in which Eddie Sutton, ATF Agent Riddle and an unnamed Texas Ranger discussed the Government's prior commitment to provide a 5K1 for Barouch due to Sutton's prior cooperation with Barouch.
Further, confessed murderer Sutton gained a ~~second 5K1~~ *Rule 35* commitment on behalf of Barouch in exchange for his revelation and confession to a second murder victim. During this confession, Mr. Sutton informed ATF Agent Riddle and the unnamed Texas Ranger where the second body was located.

3) A third recording was taken at the Fort Worth Jail Unit October or November or December of 2010 attended by ATF Agent Riddle, unnamed Texas Ranger, and Eddie Sutton about his concern of the Governmetn's prior commitments to extend 5K1 *Rule 35* reductions of sentence for Barouch in exchange for Sutton's further cooperation in the finding of the remains of the second murder

victim.

    4)    All explosive reports including but not limited to ATF Reports of Investigation numbers 3, 4, 5, 6, and 7.

    5)    All reports reviewed and written by Explosive Enforcement Officer (EEO) Bennett and recorded by the ATF.

| English | Customer Service | USPS Mobile | | | | Register / Sign In |

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools
Enter up to 10 Tracking # Find
a USPS Location
Buy Stamps
Schedule a Pickup
Find a ZIP Code
Hold Mail
Change of Address

| Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# USPS Tracking™

Customer Service ›
Have questions? We're here to help

Tracking Number: 70051160000261376922

Scheduled Delivery Day: **September 13, 2013**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™        Return Receipt

## Available Options

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 16, 2013, 6:56 am | Delivered | WASHINGTON, DC 20226 |
| September 15, 2013, 1:20 pm | Available for Pickup | WASHINGTON, DC 20226 |
| September 15, 2013, 12:43 pm | Arrival at Unit | WASHINGTON, DC 20018 |
| September 11, 2013 | Depart USPS Sort Facility | COPPELL, TX 75099 |
| September 10, 2013, 9:28 pm | Processed at USPS Origin Sort Facility | COPPELL, TX 75099 |
| September 10, 2013, 4:45 pm | Dispatched to Sort Facility | DALLAS, TX 75253 |
| September 10, 2013, 11:13 am | Acceptance | DALLAS, TX 75253 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

**USPS.COM**  Copyright © 2013 USPS. All Rights Reserved.

7012 2210 0002 4002 4548

November 16, 2013

Mr. David Barouch
41301-177, B-53
FCI
P.O. Box 9000
Seagoville, Tx., 75159

Chief of Disclosure Division
Burea of ATF
Department of Justice
Suite 1E 400
99 New York Ave., NE
Washington, DC 20226

Dear Sir,

On September 10, 2013 I sent you a FOIA/PA request (copy enclosed as Exhibit A). On September 16, 2013, USPS tracking shows delivery (see Exhibit B). I have not received the signed green card. Please advise me when you will return the signed green card. Most importantly, when will I receive a substantive answer to my FOIA/PA request for release of listed documents and records?

Please advise.

Respectfully submitted,

David Barouch

## USPS.COM

Search USPS.com or Track Pa

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70122210000240024548

Scheduled Delivery Day: November 25, 2013
Your item was refused by the addressee at 11:26 am on December 4, 2013 in WASHINGTON, DC 20242 and is being returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

## Product & Tracking Information

Postal Product:  
First-Class Mail®

Features:  
Certified Mail™   Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 4, 2013, 11:26 am | Refused | WASHINGTON, DC 20242 |
| November 27, 2013, 12:45 pm | Sorting Complete | WASHINGTON, DC 20018 |
| November 27, 2013, 11:04 am | Arrival at Unit | WASHINGTON, DC 20018 |
| November 22, 2013 | Depart USPS Sort Facility | COPPELL, TX 75099 |
| November 22, 2013, 12:27 am | Processed at USPS Origin Sort Facility | COPPELL, TX 75099 |
| November 21, 2013, 10:11 pm | Processed at USPS Origin Sort Facility | COPPELL, TX 75099 |
| November 21, 2013, 4:45 pm | Dispatched to Sort Facility | DALLAS, TX 75253 |
| November 21, 2013, 12:40 pm | Acceptance | DALLAS, TX 75253 |

## Available Options

Email Updates

## Track Another Package

What's your tracking (or receipt) number?

Track It

LEGAL
Privacy Policy ›
Terms of Use ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›

https://tools.usps.com/go/TrackConfirmAction!input.action?tRef=qt...    12/10/2013

7012 3050 0000 9950 4809

January 2, 2014

Mr. David Barouch
41301-177, B-53
FCI
P.O. Box 9000
Seagoville, Tx., 75159

Bureau of Alcohol, Tobacco, Firearms and Explosives
Attn: Disclosure Division, Room 1E400
99 New York Ave., NE
Washington, DC 20226

Dear Sir,
   On September 10, 2013 I sent you a FOIA/PA request (Copy enclosed as Exhibit A). On September 16, 2013, USPS Tracking shows delivery (see Exhibit B). I have not received the signed green card. Most importantly, when will I receive a substantive answer to my FOIA/PA request for release of listed documents and records?
   Please advise.

                                  Respectfully Submitted,

                                  David Barouch

7005 1160 0002 6137 6922

U.S. Department of Justice  **Certification of Identity** 

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  David Jack Barouch

Citizenship Status [2]  Citizen of US    Social Security Number [3]  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

Current Address  Reg. No. 41301-177, Federal Correction Institution
P.O. Box 9000, Seagoville, TX 75159-9000

Date of Birth  Febuary 3, 1959    Place of Birth  Los Angeles, Califiornia

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  *David Jack Barouch*    Date  September 3, 2013

---

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

---

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016   FORM DOJ-361
EXPIRES 4/31/07   SEPT 04

(Date) September 3, 2013

(Agency) Chief of Disclosure Division
(Address) Bureau of Alcohol, Tobacco, Firearms and Explosives
Department of Justice
Suite 1E 400, 99 New York Ave., N.E.
Washington, DC 20226

FREEDOM OF INFORMATION REQUEST

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, and Privacy Act of 1974, 5 U.S.C. §552(a), I am requesting access to all records in agency files, including but not limited to:
Refer to Attachment 1

I am requesting this information as an incarcerated federal prisoner who is engaging in post-conviction litigation.

As you know, the Act permits you to waive fees when the release of the information is considered as "primarily benefiting the public." Access to the courts, parole boards, and other forums, as of right, fits that category and I therefore ask that you waive any fees.

If all or any part of this request is denied, please cite the specific exemption(s) which you think justifies your refusal to release the information, and inform me of the appellate procedures available to me.

I would appreciate your handling of this request as quickly as possible, and I look forward to hearing from you within 10 days, as the law stipulates.

(Signature)

David Barouch
(Printed Name)
Register Number 41301-177
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX  75159-9000

\*\*\* FORM DOJ-361 attached hereto.

Attachment 1

1) A micro cassette tape recording taken at the Fort Worth Jail Unit in September or October of 2010, in which David Barouch was recorded talking with ATF Agent Riddle and Attorney Franklyn "Mic" Mickelsen on the subject of the Government's promise of 5K1 treatment in this case in exchange for a signed written confession by murderer Eddie Sutton and Barouch provided a map of the burial location and location of the murder weapon. Mr. Barouch was informed that he would be recorded and he viewed the operation of this tape recording.

2) A recording taken at the Fort Worth Jail Unit in October or November of 2010 in which Eddie Sutton, ATF Agent Riddle and an unnamed Texas Ranger discussed the Government's prior commitment to provide a 5K1 for Barouch due to Sutton's prior cooperation with Barouch.

Further, confessed murderer Sutton gained a ~~second 5K1~~ *Rule 35* commitment on behalf of Barouch in exchange for his revelation and confession to a second murder victim. During this confession, Mr. Sutton informed ATF Agent Riddle and the unnamed Texas Ranger where the second body was located.

3) A third recording was taken at the Fort Worth Jail Unit October or November or December of 2010 attended by ATF Agent Riddle, unnamed Texas Ranger, and Eddie Sutton about his concern of the Governmetn's prior commitments to extend 5K1 *Rule 35* reductions of sentence for Barouch in exchange for Sutton's further cooperation in the finding of the remains of the second murder

victim.

    4) All explosive reports including but not limited to ATF Reports of Investigation numbers 3, 4, 5, 6, and 7.

    5) All reports reviewed and written by Explosive Enforcement Officer (EEO) Bennett and recorded by the ATF.

English | Customer Service | USPS Mobile | Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Hold Mail
Find a ZIP Code
Change of Address

Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70051160000261376922

Scheduled Delivery Day: September 13, 2013

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™   Return Receipt

| Date & Time | Status | Location |
|---|---|---|
| September 16, 2013, 6:56 am | Delivered | WASHINGTON, DC 20226 |
| September 15, 2013, 1:20 pm | Available for Pickup | WASHINGTON, DC 20226 |
| September 15, 2013, 12:43 pm | Arrival at Unit | WASHINGTON, DC 20018 |
| September 11, 2013 | Depart USPS Sort Facility | COPPELL, TX 75099 |
| September 10, 2013, 9:28 pm | Processed at USPS Origin Sort Facility | COPPELL, TX 75099 |
| September 10, 2013, 4:45 pm | Dispatched to Sort Facility | DALLAS, TX 75253 |
| September 10, 2013, 11:13 am | Acceptance | DALLAS, TX 75253 |

## Available Options

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM   Copyright © 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&tLab...   11/5/2013

| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Pa

**Quick Tools**
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70123050000099504809

**Expected Delivery Day: Thursday, January 9, 2014**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™    Return Receipt

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 13, 2014, 12:49 pm | Delivered | WASHINGTON, DC 20226 |
| January 13, 2014, 10:32 am | Available for Pickup | WASHINGTON, DC 20226 |
| January 13, 2014, 10:22 am | Sorting Complete | WASHINGTON, DC 20018 |
| January 13, 2014, 10:21 am | Arrival at Unit | WASHINGTON, DC 20018 |
| January 7, 2014 | Depart USPS Sort Facility | COPPELL, TX 75099 |
| January 6, 2014, 6:54 pm | Processed at USPS Origin Sort Facility | COPPELL, TX 75099 |
| January 6, 2014, 4:55 pm | Dispatched to Sort Facility | DALLAS, TX 75253 |
| January 6, 2014, 11:44 am | Acceptance | DALLAS, TX 75253 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›